# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY E. HERRERA, | No. 4:25-CV-01512 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MALACHY MANNION and PETER J. WELSH, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of October 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) as legally frivolous and for failure to state a claim upon which relief may be granted.

2. Plaintiff's motion (Doc. 5) for a preliminary injunction is **DISMISSED** as moot in light of paragraph 1 above.

3. The Court hereby certifies that any appeal from this Order is not taken in good faith for the reasons provided in the Memorandum. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

4. Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge